Robert M. COX; Cherie M. Cox, Plaintiffs–Appellants,

v.

Judy McMAHON; Paul Garfinkel; Jocelyn Cate; Greg Forman; Deborah Lewis; Stuart Feldman; Paul Schwartz, Defendants–Appellees.

No. 13–1284.

United States Court of Appeals, Fourth Circuit.

Submitted: April 18, 2013.

Decided: April 23, 2013.

Robert M. Cox, Cherie M. Cox, Appellants Pro Se.

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert and Cherie Cox appeal the district court's order dismissing their 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dis-

miss the appeal for the reasons stated by the district court. *Cox v. McMahon*, No. 2:12–cv–00689–AWA–LRL (E.D.Va. Jan. 10, 14, & 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*